# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131770

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES BRENNAN,
        Plaintiff-Appellant,

v

CBP FABRICATION, INC.,
        Defendant-Appellee.

SC: 131770
COA: 267094
Wayne CC: 04-410265-NO

_____/

On order of the Court, the application for leave to appeal the June 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

_____
Clerk

t1122